UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

Brandon Griesemer

      Defendant.

Case: 2:18-mj-30040
Assigned To : Unassigned
Assign. Date : 1/19/2018
Description: IN RE SEALED MATTER(BG)

---

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

---

THE UNITED STATES OF AMERICA requests the court to seal the Complaint, Arrest Warrant, and all attendant papers for the reason that the defendants may flee prior to appearance on the complaint.

    Respectfully submitted,

    MATTHEW SCHNEIDER
    United States Attorney

    *s/John B. Meixner Jr.*
    John B. Meixner Jr.
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    john.meixner@usdoj.gov
    313-226-9626

**IT IS SO ORDERED.**

    Hon. Anthony P. Patti
    United States Magistrate Judge

Entered: January 19, 2018