3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON GRIESEMER,

    Defendant.

Criminal No. 18-mj-30040

FILED
JAN 19 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

1

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/ *John B. Meixner Jr.*
JOHN B. MEIXNER, JR.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9626
John.Meixner@usdoj.gov

Dated:   January 19, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal No.  18-mj-30040

IN RE:  SEALED MATTER

    Defendant.
_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

    S/ANTHONY P. PATTI
    Honorable Anthony P. Patti
    United States Magistrate Judge

Dated:  1/19/2018