UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 18-mj-30040

v.

BRANDON GRIESEMER,

    Defendant.
_____/

## STIPULATION TO CONTINUE PRELIMINARY EXAM

Through their respective counsel, the parties stipulate and agree to the continuance of the Preliminary Exam date from November 14, 2018 until December 18, 2018.

The parties stipulate and agree that they are in the process of exploring a negotiated resolution of these charges. The parties further stipulate and agree that the time between November 14, 2018 and December 18, 2018 shall be excluded in computing the time within which the information or indictment must be filed. The parties agree that the plea negotiations that they have engaged in are integral to the best interests of the defendant and the public, and are excludable under 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties stipulate that this time period shall constitute excludable delay and that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial. The parties also stipulate and agree that this stipulation and any order resulting from it shall not affect any previous order of pretrial detention or pretrial release.

**IT IS SO STIPULATED.**

| | |
|---|---|
| *s/John B. Meixner Jr.* | *s/Penny R. Beardslee (with consent)* |
| Assistant United States Attorney | Attorney for Mr. Griesemer |
| 211 W. Fort Street | Federal Defender Office |
| Suite 2001 | 613 Abbott 5th Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9626 | 313-967-5848 |
| john.meixner@usdoj.gov | penny_beardslee@fd.org |

Dated:  November 8, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 18-mj-30040

v.

BRANDON GRIESEMER,

    Defendant.
    _____/

**[PROPOSED] ORDER TO CONTINUE PRELIMINARY EXAM**

The Court, having been fully advised by the respective parties, states as follows:

**IT IS ORDERED** that the Preliminary Exam is continued from November 14, 2018 to December 18, 2018.

**IT IS FURTHER ORDERED** that the time period from November 14, 2018 through and including December 18, 2018 shall be excluded in calculating the time within which the defendant has a right to a speedy and public trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h). The Court further finds that this time period is necessary to allow defense

to adequately review discovery and to permit the parties to continue to explore the possibility of a negotiated resolution of the charges, and that the ends of justice served by continuing the Preliminary Exam outweigh the best interests of the public and Defendant in a speedy trial.  This order shall not affect any previous order of pretrial detention or pretrial release.

Accordingly, the Court finds that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the period of delay, as a result of the continuance, shall be excluded in computing the time within which the trial must commence.

**IT IS SO ORDERED.**


s/David R. Grand
Hon. David R. Grand
United States Magistrate Judge


Date Entered: 11/14/18