MIED (Rev. 09/14) Order Reinstating and Continuing Bond

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

F I L E D

DEC 1 9 2018

CLERK'S OFFICE
DETROIT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  18-30040-01 |
| Brandon Griesemer | ) | |
| *Defendant* | ) | |

## ORDER REINSTATING AND CONTINUING BOND

IT IS ORDERED that the bond earlier furnished in Criminal No. __18-30040-01__ is hereby reinstated and bond is continued in the amount of:

[✓] Unsecured/Personal Bond $10,000 _____

[ ] Cash/Surety _____

[ ] 10% Cash Bond _____

[ ] Personal Recognizance _____

[ ] The special conditions of the original bond shall remain in effect.

[✓] The original special conditions of the bond are modified as follows:

Report as directed to Pretrial Services; Report directly to inpatient residential treatment upon release from custody, and remain at facility until such time as a recommendation for discharge is made by staff. Bond Status Hearing to be held with the Court upon termination of treatment.

I acknowledge that I am the defendant in this case and that I am aware of the original/modified conditions of release.

_____
*Defendant*

s/Anthony P. Patti _____
*Judge's Signature*

Anthony P. Patti, U.S. Magistrate Judge _____
*Printed Name and Title*

Dated: __December 19, 2018__