MIED (Rev. 09/14) Order Reinstating and Continuing Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>BRANDON GRIESEMER<br>*Defendant* | )<br>)<br>) Case No. 18-30040<br>)<br>) |

## ORDER REINSTATING AND CONTINUING BOND

IT IS ORDERED that the bond earlier furnished in Criminal No. __18-30040__ is hereby reinstated and bond is continued in the amount of:

☐ Unsecured/Personal Bond _____

☐ Cash/Surety _____

☐ 10% Cash Bond _____

☐ Personal Recognizance _____

☑ The special conditions of the original bond shall remain in effect.

☑ The original special conditions of the bond are modified as follows:

*Zero Tolerance*
*Abide By Conditions of District Court Probation*
*Undergo Home Detention without location monitoring*

I acknowledge that I am the defendant in this case and that I am aware of the original/modified conditions of release.

_____
*Defendant*

s/Anthony P. Patti
*Judge's Signature*

Anthony P. Patti, U.S. Magistrate Judge
*Printed Name and Title*

Dated: April 5, 2019